UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUWASEYI ERUMEVWA, | § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-678 |
| | § | |
| JEFF SESSIONS, *et al*, | § § | |
| Respondents. | § § | |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 5th day of November, 2018.

_____
Kenneth M. Hoyt
United States District Judge